IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) CIVIL ACTION |
| Plaintiffs, | ) ) ) NO. 24 C 5392 |
| vs. | ) ) ) JUDGE ROBERT W. GETTLEMAN |
| UNDERLAND ARCHITECTURAL SYSTEMS, INC., an Indiana corporation, | ) ) ) |
| Defendant. | ) |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on October 4, 2024, request this Court enter judgment against Defendant, UNDERLAND ARCHITECTURAL SYSTEMS, INC., an Indiana corporation, pursuant to F.R.Civ.P. Rule 55(b). In support of this Motion, Plaintiffs state:

1. On October 4, 2024, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit and for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the contribution months of April 2024 forward. The Court also entered an order that judgment would be entered after Plaintiffs' received the required contribution reports, after the audit was performed, and after Plaintiffs determined the amounts due and owing from Defendant.

2. Defendant failed to comply with this Court's Order entered on October 4, 2024 [Dkt. 13]: (1) directing an audit of Defendant's payroll books and records for the time period

January 1, 2023 through the present; and (2) submitting the company's monthly fringe benefit contribution reports for the contribution months of April 2024 forward.

3. On November 14, 2024, Plaintiffs filed a motion for an order setting a hearing on a rule to show cause, which was set for an in-person court hearing on December 5, 2024.

4. On December 5, 2024, Plaintiffs' counsel reported to the Court that they were not successful in personally serving this Court's Order on Amy J. Phillips, an officer and agent of Defendant, Underland Architectural Systems, Inc. Accordingly, the Court entered and continued the show cause hearing to January 16, 2025.

5. On January 16, 2025, Plaintiffs' counsel reported to this Court that Ms. Phillips continued to evade service of process but that Plaintiffs' process server was successful in serving the Court's Order, by substitute service on an adult at her residence.

6. Due to Defendant's failure to comply with this Court's Order entered on October 4, 2024, Plaintiffs have no alternative but to estimate the contributions due and owing from Defendant for the months of April 2024 through December 2024. Plaintiffs determined that since Defendant reported 4908 total hours in 2023, they divided 4908 by 12 months to determine 409 hours per month of contributions would be due. Plaintiffs estimate Defendant is delinquent in submission of contributions to the Plaintiff Funds for the stated time period in the amount of $36,810.00 to the Pension Fund and $7,362.00 to the SMA Fund. (See Affidavit of Paul E. Flasch).

7. Additionally, the following amounts are due for liquidated damages and interest for the months of April 2024 through December 2024:

|  | Liquidated Damages | Interest |
|---|---|---|
| Pension Fund | $2,208.60 | $86.04 |
| SMA Fund | $441.72 | $17.21 |

(Flasch Aff. Par. 5).

8.    Defendant untimely submitted payment of its fringe benefit contributions due for the months of February 2023 through March 2024 and liquidated damages and interest have been assessed for these months as follows:

|  | Liquidated Damages | Interest |
|---|---|---|
| Pension Fund | $1,225.67 | $561.77 |
| SMA Fund | $248.22 | $113.79 |

(Flasch Aff. Par. 6).

9.    In addition, Plaintiffs' firm has expended $990.00 for costs and $2,657.50 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

10.    Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $52,722.52.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $52,722.52.

/s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone:  (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\midj\underland architectural\#30800\motion for judgment.cwf.df.docx

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 6th day of February 2025:

      Ms. Amy J. Phillips, Registered Agent/President
      Underland Architectural Systems, Inc.
      20318 Torrence Avenue
      Lynwood, IL   60411-7600
      **uassysinc@yahoo.com**

      Ms. Amy J. Phillips, Registered Agent/President
      Underland Architectural Systems, Inc.
      20400 Woodmar Street
      Lowell, IN   46356-7110

      /s/   Carson W. Fallo

Carson W. Fallo
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6345253
Telephone:  (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: cfallo@baumsigman.com

i:\midj\underland architectural\#30800\motion for judgment.cwf.df.docx